HENRY M. T. BEEKMAN, executor of FANNY TRAPHAGEN, deceased, appellant,

*v.*

DANIEL L. REEVE, administrator of HENRIETTA T. REEVE, deceased, et al., respondents.

On appeal from a decree advised by Vice-Chancellor' Bird, whose opinion is reported in *Reeve* v. *Beekman, 15 Stew. Eq. 613.*

*Mr. Henry Traphagen* and *Mr. · Theodore Runyon,* for appellant. .

*Mr. Foster M. Voorhees,* for respondents.

PER CURIAM.

This decree affirmed for the reasons given by the Vice-Chancellor.

For affirmance — THE CHIEF-JUSTICE, DEPUE, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, WHITAKER—11.

For reversal—DIXON, PATERSON—2.